FILED
U.S. District Court
District of Kansas
10/25/2025
Clerk, U.S. District Court
By \_\_\_\_\_ mv \_\_\_\_ Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas
### (Wichita Docket)

UNITED STATES OF AMERICA,

Plaintiff,

v.                                          CASE NO.  25-6219-BGS

TRAVIS O. WILLIAMS

Defendant.

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### INTERSTATE COMMUNICATIONS WITH A THREAT TO INJURE
#### [18 U.S.C. § 875]

On or about and between October 23, 2025, and October 24, 2025, in the District of Kansas, the defendant,

**TRAVIS O. WILLIAMS,**

knowingly and willfully did transmit in interstate commerce, between the State of Kansas, and the State of New York or the State of Colorado, a communication containing a threat

1

to injure the person of another, specifically, **WILLIAMS**, while in the District of Kansas, left a written comment on the website form of a company with offices in only New York and Colorado and overseas, that he will "fly to [their] office and kill everyone with an AR 15" and "I know exactly where you all are. We'll see who gets the last laugh. Tell your families goodbye cause your all fucking dead", such threats being directed to Company Victim 1, and employees thereof.

All in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent of the Federal Bureau of Investigations (FBI), and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the defendant, TRAVIS O. WILLIAMS, committed the offense set forth in this Complaint.

Mitchell Saunders
Special Agent, FBI

Sworn to before me and subscribed in my presence this 25th day of October 2025, in Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, TRAVIS O. WILLIAMS committed the offense set forth in this Complaint.

HONORABLE BROOKS G. SEVERSON
United States Magistrate Judge
District of Kansas

## **PENALTIES**

### **Count 1:  18 U.S.C. § 875(c)**

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 875(c).

- A term of supervised release of not more than one year.  18 U.S.C. §3583(b)(3).

- A fine not to exceed $250,000.  18 U.S.C. §3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).